## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Richard J. Hettler, personally and
as fiduciary for Capital Asset
Management Group, LLC as its
trustee;

    Plaintiff,

vs.

Thomas Petters, personally; Petters
Company, Inc.; Petters Group
Worldwide LLC; Petters Consumer
Brands, LLC; John Doe and Mary Doe,
names unknown;

    Defendants.

Civil File No. 0:05-cv-01127-DWF-JSM

**MOTION TO DISMISS**

---

## <u>MOTION</u>

Defendants Thomas Petters, et al. hereby move the Court, pursuant to Fed. R. Civ. P. 12(b)(6), for an order:

1. Dismissing Plaintiff's Complaint for failure to state a claim upon which relief may be granted and under the doctrine of res judicata; and

2. Awarding Defendants their reasonable attorneys' fees, costs and disbursements incurred in responding to the Complaint.

**BASSFORD REMELE**
*A Professional Association*


Dated:  June 30, 2005          By____s/ David A. Turner_____
                                  Andrew L. Marshall (License #176849)
                                  David A. Turner (License #0333104)
                               Attorneys for Defendants
                               33 South Sixth Street, Suite 3800
                               Minneapolis, Minnesota  55402-3707
                               (612) 333-3000

478345