UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Richard J. Hettler, personally and as
fiduciary for Credit Asset Management
Group, LLC, as its trustee,

        Plaintiff,

v.

Thomas Petters; Petters
Company, Inc.; Petters Group
Worldwide LLC; Petters Consumer
Brands, LLC; John Doe and Mary
Doe, names unknown;

        Defendants.

**MEMORANDUM OPINION
AND ORDER**
Civil No. 05-1127 ADM/SRN

___

Richard J. Hettler, *pro se,* made no appearance.

Andrew L. Marshall, Esq., Bassford Remele, P.A., Minneapolis, MN, argued for and on behalf of Defendants.

___

     On October 14 2005, oral argument before the undersigned United States District Judge was heard on Defendants' Motion to Dismiss [Docket No. 5]. Plaintiff Richard J. Hettler made no appearance, nor did he file any opposition to the Motion. In his Request for Order [Docket No. 15], Plaintiff indicated his expectation that Defendants' Motion would be granted. Therefore, for these reasons, as well as those stated on the record, Defendants' Motion is granted.

Based on the foregoing, and all files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss [Docket No. 5] is **GRANTED**.

BY THE COURT:

s/Ann D. Montgomery

ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: