# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No.  05-2160/05-4017

Richard J. Httler, personally and
as fiduciary for Capital Asset
Management Group, LLC as its
trustee,

      Appellant,

v.

Thomas Petters, personally; Petters
Company, Inc.; Petters Group
Worldwide, LLC; Petters Consumer
Brands, LLC; John Doe; Mary Doe,
names unknown,

      Appellees.

Appeal from the United States
District Court for the
District of Minnesota

## JUDGMENT

Appellees have moved to consolidate appeal Nos. 05-2160 and 05-4017 and to dismiss both appeals. The appeals are hereby consolidated.

Appellees' motion to dismiss these appeals is granted. The appeal is hereby dismissed. See Eighth Circuit Rule 47A(b).

Appellees' motion for sanctions is denied.

(5361-010199)

                                                January 10, 2006

Order entered at the Direction of the Court

*Michael E. Gans*
Clerk, U. S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: *Michael E. Gans*

SCANNED

MAR 23 2006

U.S. DISTRICT COURT MPLS

**UNITED STATES COURT OF APPEALS**
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**MICHAEL E. GANS**
**Clerk of Court**

March 16, 2006




Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

    Re:  05-2160    Richard J. Hettler vs. Thomas Petters

    Re:  05-4017    Richard J. Hettler vs. Petters Company

Dear Clerk:

    The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

    Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans
Clerk of Court

srd

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)
------------------------------------------
cc:  Honorable Ann D. Montgomery
    Honorable Donovan W. Frank
    Richard James Hettler
    Richard J. Hettler
    Andrew Louis Marshall
    David Arthur Turner
    Charles Edward Lundberg

        District Court/Agency Case Number(s):  CIV 02-1837 ADM/SRN

        District Court/Agency Case Number(s):  CIV 05-1127 ADM/SRN